# SUPREME COURT OF THE STATE OF NEW YORK
## APPELLATE DIVISION - FIRST DEPARTMENT

Attorney Records
41 Madison Avenue - 26th Floor
New York, NY 10010
646-386-5893

January 09, 2018

RANDI MELISSA COHEN, ESQ.
305 E. 95 ST., #4G
NEW YORK, NY 10128

*[handwritten: Incorrect Address → 3 W. 83rd St #2B, New York, NY 10024]*

Dear Ms. COHEN:

Please be advised that your application for a change of the name under which you practice law in the State of New York, from **RANDI BERMAN MELNICK**, admitted on February 05, 2007, to **RANDI MELISSA COHEN**, has been granted effective January 09, 2018.

You are now listed in the records of this office as:

| FIRST | MIDDLE | LAST |
|-------|--------|------|
| RANDI | MELISSA | COHEN |

Very truly yours,

*[signature]*

Maria Matos, Esq.
Attorney Records Clerk